UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

COURTNEY GERVAIS,

     PLAINTIFF,

v.

                            Case No.: 5:26-cv-2439-OLG

EQUIFAX INFORMATION SERVICES,
LLC, ET AL.,

     DEFENDANT.

## PLAINTIFF'S NOTICE OF SETTLEMENT AGAINST DEFENDANT TRANS UNION LLC (ONLY)

Plaintiff Courtney Gervais ("Plaintiff") hereby notifies the Court that Plaintiff and Defendant Trans Union LLC (only) have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement.  Plaintiff expects to file a dismissal with prejudice for the above-named defendant on or before June 22, 2026.

Plaintiff's claims against Defendants Equifax information Services, LLC and Professional Recovery Management, Inc. d/b/a Fox Collection Center remain before the Court.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins
TX BAR NO. 24088777
**THE ADKINS FIRM, P.C.**
8150 N. Central Expwy., Suite 1000
Dallas, Texas 75206
Telephone: (214) 974.4030
MicahAdkins@ItsYourCreditReport.com

*COUNSEL FOR PLAINTIFF*
*COURTNEY GERVAIS*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

Charlotte Long
TRANS UNION LLC
554 Baroque Way
Irving, TX 75060

Samin Hessami
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812

Kimberly Dang
BASSFORD REMELE
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254

*/s/ Micah S. Adkins*
Micah S. Adkins