IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| COURTNEY GERVAIS,<br>　　　Plaintiff,<br><br>V.<br><br>EQUIFAX INFORMATION SERVICES,<br>LLC, PROFESSIONAL RECOVERY<br>MANAGEMENT, INC. D/B/A FOX<br>COLLECTION CENTER AND TRANS<br>UNION LLC,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 5:26-CV-02439-OLG |

**DEFENDANT PROFESSIONAL RECOVERY MANAGEMENT, INC. D/B/A
FOX COLLECTION CENTER'S CORPORATE DISCLOSURE STATEMENT**

Defendant Professional Recovery Management, Inc. d/b/a Fox Collection Center, pursuant

to Federal Rule of Civil Procedure 7.1, makes the following disclosures:

Professional Recovery Management, Inc. has no parent corporation. There is no publicly

held corporation that owns 10% or more of Professional Recovery Management, Inc.

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

By */s/ Kimberly Dang*　　　　　　
Kimberly Dang
Texas Bar No. 24116246
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
kdang@bassford.com

*Attorneys for Defendant Professional Recovery
Management, Inc. d/b/a Fox Collection Center*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court utilizing the CM/ECF system. I further certify that the CM/ECF system will send notification of such filing to any counsel of record who are registered CM/ECF participants.

*/s/ Kimberly Dang*
Kimberly Dang