UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

COURTNEY GERVAIS,

    PLAINTIFF,

v.

EQUIFAX INFORMATION SERVICES,
LLC, *ET AL.*,

    DEFENDANTS.

Case No.:

5:26-cv-2439-OLG

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AGAINST DEFENDANT TRANS UNION LLC (ONLY)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Courtney Gervais and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and stipulate to the dismissal of all claims asserted in this action against said defendant with prejudice.  Plaintiff Courtney Gervais and Defendant Trans Union LLC to bear their own attorneys' fees and costs.

Plaintiff's claims against Defendant Equifax Information Services, LLC and Professional Recovery Management, Inc. d/b/a Fox Collection Center remain before the Court.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins
TX BAR NO. 24088777
**THE ADKINS FIRM, P.C.**
8150 N. Central Expy., Suite 1000
Dallas, Texas 75206
(214) 974.4030 Telephone
MicahAdkins@ItsYourCreditReport.com

*COUNSEL FOR PLAINTIFF*
*COURTNEY GERVAIS*

1

*/s/ Charlotte Long (with consent)*
Charlotte Long
Texas Bar No. 24094692
Trans Union, LLC
554 Baroque Way
Irving, TX 75060
Telephone: 469-578-1464
charlotte.long@transunion.com

*COUNSEL FOR DEFENDANT*
*TRANS UNION LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 22, 2026, I filed the foregoing paper using the CM/ECF System, which will electronically serve notification of same on the following counsel of record:

Charlotte Long
TRANS UNION, LLC
554 Baroque Way
Irving, TX 75060

Samin Hessami
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812

Kimberly Dang
BASSFORD REMELE
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254

*/s/ Micah S. Adkins*
Micah S. Adkins